JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VALLEY HEALTH SYSTEM,<br><br>        Debtor,<br>_____<br><br>JAN REICHARDT, et al.,<br><br>        Appellants,<br><br>        v.<br><br>METROPOLITAN LIFE INSURANCE CO., et al.,<br><br>        Appellees. | Case No. ED CV 18-2470 FMO<br><br>(BK Case No. 6:07-18293 PC)<br>(AP Case No. 6:12-ap-1032 PC)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 18th day of January, 2019.

                                               /s/<br>                                    Fernando M. Olguin<br>                                  United States District Judge